

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 12 C 5088 | DATE | 10/19/2012 |
| CASE TITLE | Flava Works, Inc. vs. Cormelian Brown | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for default having been heard in open court, default judgment is entered in favor of Plaintiff, Flava Works, Inc., and against the Defendant, Cormelian Brown in the amount of One Million Five Hundred Thousand Dollars ($1,500,000.00). Civil case terminated.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|