UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc., )
)
        Plaintiff, )  Case No. 1:12-cv-1:12-cv-05088
)
)
v. )
)
Cormelian Brown, )
)
Defendant. )

**ORDER**

This cause coming before the Court on Plaintiff, Flava Works, Inc.'s Motion for Default Judgment, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. A default judgment is entered in favor of Plaintiff, Flava Works, Inc., and against the Defendant, Cormelian Brown in the amount of One Million Five Hundred Thousand Dollars ($1,500,000.00).

DATE: 10/19/2012

ENTERED:

*[signature]*
JUDGE